**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

SHERRILL MALCOLM,

        Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

        Defendants.

Case No: 1:18-cv-1489-TSE-IDD

*ELECTRONICALLY FILED*

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff, Sherrill Malcolm ("Plaintiff"), and Defendant Capital One Bank (USA), N.A.

("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to

the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE,

with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ John D. Sadler (with permission)*
John D. Sadler (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K Street, NW – 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com
*COUNSEL FOR DEFENDANT*

*/s/ Francis A. Webb*
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd.,Suite 300
Fairfax, VA 22030
Tel: (703) 539-2003
Email: frank@fawebb.com
*COUNSEL FOR PLAINTIFF*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of June 2019, I electronically filed the foregoing

Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

John D. Sadler (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K Street, NW – 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com
*COUNSEL FOR DEFENDANT*

*/s/ Francis A. Webb*
Francis Alexander Webb
Law Office F A Webb, PLLC
4103 Chain Bridge Rd.,Suite 300
Fairfax, VA 22030
Tel: (703) 539-2003
Email: frank@fawebb.com