UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SHERRILL MALCOLM,<br><br>    Plaintiff,<br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br><br>    Defendant. | Case No. 1:18-cv-1489-TSE-IDD |

### ORDER OF DISMISSAL

Plaintiff, Sherrill Malcolm ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's complaint against Defendant is DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

It is so ORDERED.

/s/
_____
T. S. Ellis, III
United States District Judge

6/27/19